No. 14–0532/AF. U.S. v. Brandon T. Rozell. CCA 38381. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0542/NA. U.S. v. Dominique York. CCA 201300287. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–6005/AF. U.S. v. Jacob R. McIntyre. CCA 2013–24. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–6008/AF. U.S. v. Steven E. Seton. CCA 2013–27. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0348/AF. U.S. v. Michael C. McPherson. CCA S 32068. On consideration of the motion filed by Major Zaven T. Saroyan to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new attorney has assumed the representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

No. 14–0529/NA. U.S. v. Keith C. Salcido. CCA 201300143. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including May 27, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

